**Entered on Docket
April 02, 2010**

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-AR6
10-70585

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-11417-bam |
|---|---|
| Steven J. Huesch and Christine M. Huesch | Date: 3/23/2010<br>Time: 1:30 pm |
| | Chapter 7 |
| Debtors. | |

**ORDER VACATING AUTOMATIC STAY**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-AR6, its assignees and/or successors in interest, of the subject property, generally described as 9025 Barnwell Avenue, Las Vegas, NV 89149, and legally described as follows:

> LOT ONE HUNDRED NINTEY-SEVEN (197) IN BLOCK SIX (6) OF SPINNAKER AT TOWN CENTER I UNIT 1, AS SHOWN IN BOOK 106 OF PLATS, PAGE 26 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

Submitted by:

**WILDE & ASSOCIATES**

By: _/s/ K. Sadurk #10235_
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
James Scott Dilbeck
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Brian D. Shapiro
Chapter 7 Trustee

1. In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
   ___ The court waived the requirements of LR 9021.
   ___ No parties appeared or filed written objections, and there is no trustee appointed in the case.
   ___ No parties appeared or filed written objections, and the trustee is the movant.
   _x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
___ approved the form of this order            ___ disapproved the form of this order
___ waived the right to review the order and/or  _x_ failed to respond to the document
___ appeared at the hearing, waived the right to review the order
___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
___ approved the form of this order            ___ disapproved the form of this order
___ waived the right to review the order and/or  _x_ failed to respond to the document

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
___ approved the form of this order            ___ disapproved the form of this order
___ waived the right to review the order and/or  ___ failed to respond to the document
___ appeared at the hearing, waived the right to review the order
___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
___ approved the form of this order            ___ disapproved the form of this order
___ waived the right to review the order and/or  ___ failed to respond to the document

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor